# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      v.                         Case No. 3:03cr20/RV

**CARRI DENISE STOKES**

_____/

## ORDER REDUCING SENTENCE

     The term of imprisonment to which defendant Carri Denise Stokes is sentenced is hereby reduced to a term of fifty (50) months.  In all other respects the original sentence remains unchanged.

     SO ORDERED this 1st day of March, 2007.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **Senior United States District Judge**